IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YENDER CHIRINOS-PIRONA,

Petitioner,

vs.

MARKWAYNE MULLIN, In his Official Capacity as Secretary of the Department of Homeland Security; TODD BLANCHE, In his Official Capacity as United States Attorney General; DAREN MARGOLIN, In his official capacity as Director of Executive Office for Immigration Review; DAVID VENTRUELLA, in his official Capacity as Acting ICE Director; ROB JEFFREYS, In his Official Capacity as Director of Nebraska Department of Correctional Services; and ALLEN GILL, In his official capacity as Omaha Field Office ERO Director;

Respondents.

**8:26CV388**

**JUDGMENT**

Pursuant to the Memorandum and Order entered on today's date, judgment is entered in favor of the Petitioner.

Dated this 21st day of August, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge